```
THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok, Esq. (SBN #256599)
P.O. Box 7165
Alhambra, CA 91802-7165
Ph: (310) 430-9933
Fax: (323) 563-3445
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim, Esq. (SBN #257260)
11211 S. Western Ave.
Los Angeles, CA 90047
Ph: (323) 563-3575
Fax: (323) 563-3445
joshua@anewwayoflife.org
```

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

**Attorneys for Plaintiff and the Proposed Class**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. LOZANO-RIVERA, individually, and on behalf of the putative class,<br>　　　　Plaintiff(s),<br>　　vs.<br>UNIVERSAL CITY NISSAN, INC., a California Corporation; EMPLOYEE RELATIONS, INC.; a California Corporation; and DOES 1-10 inclusive,<br>　　　　Defendants. | CASE NO. 2:14-CV-01010-RGK-PJW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. R. Gary Klausner Presiding |

[PROPOSED] ORDER

1  IT IS HEREBY ORDERED THAT that the entire action is dismissed
2  forthwith with prejudice.
3
4  Date: **JAN 2 6 2015**                    UNITED STATES DISTRICT COURT JUDGE
5
6
7
8                                            By _____/s/ Gary Klausner_____
9                                               Hon. R. Gary Klausner
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER